UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DUANE HENDERSON and LINDA NUNN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CENTER FOR SCIENCE IN THE PUBLIC INTEREST,<br><br>　　　　　　　　　　Defendant. | Case No. 22-cv-00856-HYJ-RSK<br><br>Hon. Hala Y. Jarbou<br><br>Mag. Ray Kent |

**STIPULATION OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiffs Duane Henderson and Linda Nunn ("Plaintiffs") and Defendant Center for Science in the Public Interest ("CSPI") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

　　　　1.　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree to the voluntary dismissal of Plaintiff Henderson's and Plaintiff Nunn's claims with prejudice. Accordingly, Plaintiffs Henderson and Nunn hereby voluntarily dismisses their claims with prejudice.

[REMAINDER OF PAGES INTENTIONALLY LEFT BLANK, SIGNATURE PAGE TO FOLLOW]

Dated: January 17, 2023

| /s/ E. Powell Miller | /s/ Walter E. Diercks |
|---|---|
| THE MILLER LAW FIRM, P.C.<br>E. Powell Miller (P39487)<br>Sharon S. Almonrode (P33938)<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>(248) 841-2200<br>epm@millerlawpc.com<br>ssa@millerlawpc.com<br><br>BURSOR & FISHER, P.A.<br>Joseph I. Marchese<br>Philip L. Fraietta (P85228)<br>888 Seventh Avenue<br>New York, New York 10019<br>(646) 837-7150<br>jmarchese@bursor.com<br>pfraietta@bursor.com<br><br>HEDIN HALL LLP<br>Frank S. Hedin<br>Arun G. Ravindran<br>1395 Brickell Ave, Suite 1140<br>Miami, FL 33131<br>(305) 357-2107<br>fhedin@hedinhall.com<br>aravindran@hedinhall.com<br><br>*Attorneys for Plaintiffs* | RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP<br>Walter E. Diercks<br>1250 Connecticut Avenue, NW, Suite 700<br>Washington, DC 20036<br>(202) 861-0870<br>wdiercks@rwdhc.com<br><br>COLLINS EINHORN FARRELL PC<br>David C. Andersen (P55258)<br>4000 Town Center, 9th Floor<br>Southfield, MI 48075<br>(248) 355-4141<br>David.Anderson@ceflawyers.com<br><br>*Attorneys for Defendant* |

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all counsel of record at their respective addresses as disclosed on the pleadings.

By: /s/ *E. Powell Miller*
E. Powell Miller (P39487)

*Attorney for Plaintiffs*